1  Whitney, Thompson & Jeffcoach LLP
   Marshall C. Whitney, #82952
2  Brodie A. Surfus, #349269
   970 W. Alluvial Ave.
3  Fresno, California 93711
   Telephone:   (559) 753-2550
4  Facsimile:   (559) 753-2560

5  Moore & Van Allen, PLCC
   William D. Curtis, #53811
6  Gabriel L. Mathless, #48857
     *(Admitted Pro Hac Vice)*
7  100 North Tryon Street, Suite 4700
   Charlotte, NC 28202
8  Telephone:   (704) 331-3884

9  Attorneys for Federal Agricultural Mortgage
   Corporation

10

11

12              UNITED STATES DISTRICT COURT

13          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

14

| | |
|---|---|
| FEDERAL AGRICULTURAL MORTGAGE CORPORATION, | Case No. 1:24-cv-01455-KES-SAB |
| Plaintiff, | **NOTICE OF ENTRY OF MINUTE ORDER IN RELATED CASE 1:24-CV-01455** |
| v. | Date:   January 6, 2025<br>Time:   1:30 p.m.<br>Crtrm.:   6 |
| ASSEMI BROTHERS, LLC; MARICOPA ORCHARDS, LLC; C & A FARMS, LLC; WHITESBRIDGE FARMS, LLC; WILLOW AVENUE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; COPPER AVENUE INVESTMENTS, LLC; ACAP FARMS, LLC; CANTUA ORCHARDS, LLC; GRADON FARMS, LLC, | Action Filed:  November 27, 2024 |
| Defendants. | |

25  ///

26  ///

27  ///

28  ///

885.0 06203815.000

**TO ALL COUNSEL AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HERBY GIVEN** that on December 20, 2024, the Court entered its Minute Order on Federal Agricultural Mortgage Corporation's Ex Parte Application to Consider Ex Parte Motion for Appointment of Receiver and for Preliminary Injunction. A true and correct copy of said Minute Order is attached hereto as Exhibit "A."

Dated: December 20, 2024

WHITNEY, THOMPSON & JEFFCOACH LLP

By: _____
Marshall C. Whitney
Brodie A. Surfus
Attorneys for Federal Agricultural Mortgage Corporation

# Exhibit A

| | |
|---|---|
| **From:** | caed_cmecf_helpdesk@caed.uscourts.gov |
| **To:** | CourtMail@caed.uscourts.dcn |
| **Subject:** | Activity in Case 1:24-cv-01455-KES-SAB Federal Agricultural Mortgage Corporation v. Assemi Brothers, LLC et al Minute Order. |
| **Date:** | Friday, December 20, 2024 2:56:25 PM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered on 12/20/2024 at 2:54 PM PST and filed on 12/20/2024

| | |
|---|---|
| **Case Name:** | Federal Agricultural Mortgage Corporation v. Assemi Brothers, LLC et al |
| **Case Number:** | 1:24-cv-01455-KES-SAB |
| **Filer:** | |
| **Document Number:** | 26(No document attached) |

**Docket Text:**
**MINUTE ORDER (Text Only Entry) signed by District Judge Kirk E. Sherriff on 12/20/2024:. On December 19, 2024, plaintiff filed an [15] ex parte motion for appointment of receiver and for preliminary injunction. The hearing on the [15] motion is set for January 6, 2024, at 1:30 pm PDT in Courtroom 6 before District Judge Kirk E. Sherriff. If counsel or the parties wish to appear by videoconference, they shall contact courtroom deputy Victoria Gonzales at vgonzales@caed.uscourts.gov. Any opposition must be filed by 4:00 pm PDT on January 2, 2024. Plaintiff's reply, if any, shall be filed no later than 5:00 pm PDT on January 3, 2024. Plaintiff's counsel is directed to promptly serve a copy of this minute order on all defendants in this case and to file a proof of service on the docket detailing the manner of service. Plaintiff is further directed to file a notice with a copy of this minute order in all related cases: 1:24-cv-01102-KES-SAB, 1:24-cv-01105-KES-SAB, 1:24-cv-01226-KES-SAB, 1:24-cv-01230-KES-SAB, 1:24-cv-01231-KES-SAB, 1:24-cv-01232-KES-SAB, 1:24-cv-01233-KES-SAB, 1:24-cv-01235-KES-SAB, 1:24-cv-01241-KES-SAB, 1:24-cv-01261-KES-SAB, 1:24-cv-1393-KES-SAB, and 1:24-cv-01406-KES-SAB. (Gonzales, V)**

**1:24-cv-01455-KES-SAB Notice has been electronically mailed to:**

Brodie Austin Surfus     bsurfus@wtjlaw.com, borozco@wtjlaw.com

Gabriel L. Mathless , PHV     gabrielmathless@mvalaw.com

Marshall Craig Whitney     mwhitney@wtjlaw.com, abroome@wtjlaw.com, sgomez@wtjlaw.com

William D. Curtis , PHV     williamcurtis@mvalaw.com

**1:24-cv-01455-KES-SAB Electronically filed documents must be served conventionally by the filer to:**

# PROOF OF SERVICE

**Federal Agricultural Mortgage Corporation v. Assemi Brothers, LLC, et al.**
**Case No. 1:24-cv-01455-KES-SAB**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Fresno, State of California. My business address is 970 W. Alluvial Ave., Fresno, CA 93711.

On December 20, 2024, I served true copies of the following document(s) described as **NOTICE OF ENTRY OF MINUTE ORDER IN RELATED CASE 1:24-CV-01455** on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 20, 2024, at Fresno, California.

Sylvia Gomez

885.0 06203815.000

1

NOTICE OF ENTRY OF MINUTE ORDER IN RELATED CASE 1:24-CV-01455