**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARICOPA ORCHARDS, LLC; 104 INVESTMENTS, LLC; ACAP FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; COPPER AVENUE INVESTMENTS, LLC; FFGT FARMS, LLC; GRADON FARMS, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; LOCANS INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; DARIUS ASSEMI; FARID ASSEMI; FARSHID ASSEMI; and SONIA ASSEMI,<br><br>Defendants. | No. 1:24-cv-01406-KES-SAB<br><br>**STIPULATION; ORDER REGARDING HEARING DATE AND PARTIES' BRIEFING DEADLINES ON PENDING MOTIONS FOR RIGHT TO ATTACH ORDERS AND ISSUANCE OF WRITS OF ATTACHMENT**<br><br>(Doc. 42) |

**TO THE COURT, CLERK, AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED** between Plaintiff American Equity Investment Life Insurance Company ("**Plaintiff**") and Defendants Farid Assemi, Farshid Assemi, Darius Assemi, and Sonia Assemi (collectively, "**Defendants,**" and together with Plaintiff, the "**Parties**"), by and through their respective counsel of record as follows (the "**Stipulation**"):

1. On April 28, 2025, Plaintiff filed its motions/applications for right to attach orders and orders for issuance of writs of attachment, Docs. 36–39 (the "**Motions**"), against Defendants. The hearing on the Motions is set for June 2, 2025 at 1:30pm in Courtroom 6 of the above-referenced Court (the "**Hearing**").

2. Rule 64 of the Federal Rules of Civil Procedure provides, "At the commencement of and throughout an action, every remedy is available that, under the law of the state where the court is located, provides for seizing a person or property to secure satisfaction of the potential judgment," and such available remedies specifically include "attachment." Fed. R. Civ. P. 64(a), (b). As the local rules do not otherwise include specific procedural rules for seeking a right to attach order or writ of attachment under California law in this Court, the Parties agree that the applicable procedural requirements under California law govern the Motions. Accordingly, the Parties agree that pursuant to Section 6.b. of the notices of the Motions, Docs. 36-1 at § 6(b), 37-1 at § 6(b), 38-1 at § 6(b), 39-1 at § 6(b), and California Code of Civil Procedure section 484.060(a) and (c), Defendants' opposition briefs to the Motions are due on or before May 23, 2025 (*i.e.*, five court days before the Hearing) and Plaintiff's reply brief is due on or before May 29, 2025 (*i.e.*, two court days before the Hearing).

///
///
///
///
///
///
///

**NOW, THEREFORE, BASED ON THE FOREGOING, THE PARTIES HEREBY STIPULATE, SUBJECT TO APPROVAL OF THE COURT, THAT** Defendants' opposition briefs to the Motions are due on or before May 23, 2025 and Plaintiff's reply brief in support of the Motions is due on or before May 29, 2025.

Dated: May 13, 2025      **ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**

By: */s/ Matthew D. Pham* (as authorized on May 9, 2025)
    Michael R. Farrell
    Tim C. Hsu
    Matthew D. Pham
Attorneys for Plaintiff American Equity Investment Life Insurance Company

Dated: May 13, 2025      **LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**

By: */s/ Richard P. Steelman, Jr.*
    Beth Ann R. Young
    Richard P. Steelman, Jr.
Attorneys for Defendants Farshid Assemi, Farid Assemi, and Sonia Assemi

Dated: May 13, 2025      **MOJDEHI GALVIN REGO LLP**

By: */s/ Ali M. Mojdehi* (as authorized on May 9, 2025)
    Ali M. Mojdehi
    Allison M. Rego
Attorneys for Defendant Darius Assemi

**ORDER**

The Court, having reviewed and considered the Parties' Stipulation Confirming Parties' Briefing Deadlines To Motions For Right To Attach Orders And Writs Of Attachment, the Court will grant the parties' requested deadlines to file the opposition briefs and any reply brief to the Motions. Based on the briefing deadlines, the hearing on these Motions is continued to June 16, 2025 at 1:30 p.m. in Courtroom 6. Accordingly, it is hereby ordered that:

1. Defendants' opposition briefs to the Motions are due on or before May 23, 2025;
2. Plaintiff's reply brief in support of the Motions is due on or before May 29, 2025; and
3. The hearing on the motions is reset to June 16, 2025 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   May 13, 2025

UNITED STATES DISTRICT JUDGE