MICHAEL R. FARRELL (BAR NO. 173831)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mfarrell@allenmatkins.com
        mpham@allenmatkins.com

Attorneys for Plaintiff
AMERICAN EQUITY INVESTMENT LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARICOPA ORCHARDS, LLC; 104 INVESTMENTS, LLC; ACAP FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; COPPER AVENUE INVESTMENTS, LLC; FFGT FARMS, LLC; GRADON FARMS, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; LOCANS INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; DARIUS ASSEMI; FARID ASSEMI; FARSHID ASSEMI; and SONIA ASSEMI,<br><br>Defendants. | Case No. 1:24-cv-01406-KES-SAB<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO OPPOSE AND CONTINUING HEARING ON PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT** |

/ / /

/ / /

/ / /

/ / /

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:**

This stipulation (this "Stipulation") is entered into by and between the following parties, through their respective counsel: (a) plaintiff American Equity Investment Life Insurance Company ("Plaintiff") and (b) defendants Farid Assemi, Farshid Assemi, Darius Assemi, and Sonia Assemi (collectively, "Defendants," and together, with Plaintiff, the "Parties").  This Stipulation is based on the following recitals:

**Recitals**

1. On November 15, 2024, Plaintiff commenced the above-captioned civil action, currently pending before this Court.  On January 19, 2025, Plaintiff filed its first amended complaint in this action, asserting, among other things, claims for relief against Defendants.

2. On April 28, 2025, Plaintiff filed four applications for a right to attach order and an order for the issuance of a writ of attachment (the "Applications"), with each Application filed against one of the four Defendants.  *See* ECF Nos. 36–39.  The hearing on the Applications was originally set for June 2, 2025, at 1:30 p.m.

3. On May 9, 2025, the Parties filed a stipulation for order confirming the briefing schedule with respect to the Applications (the "Briefing Schedule Stipulation"), which requested confirmation that Defendants' oppositions to the Applications were due no later than May 23, 2025, and that Plaintiff's reply in support of the Applications was due no later than May 29, 2025.  *See* ECF No. 42.

4. On May 13, 2025, the Court entered an order approving the Briefing Schedule Stipulation, which confirmed the Parties' requested briefing schedule with respect to the Applications but also continued the hearing on the Applications to June 16, 2025, at 1:30 p.m.  *See* ECF Nos. 43, 44.

5. Plaintiff and Defendants, along with the other defendants in this action, are presently discussing a potential resolution of the Applications.  In order to give the parties sufficient time to exhaust those discussions and avoid the Parties having

to incur further expense in litigating the Applications while productive discussions are continuing, the Parties request that the opposition and reply deadlines relating to the Applications be extended and the hearing on the Applications be continued for three weeks.

## **Stipulation**

In consideration of the foregoing and subject to the approval of the Court, the Parties, by and through their respective counsel, agree and stipulate as follows:

1. The hearing on the Applications, which is currently set for June 16, 2025, at 1:30 p.m., is continued to **July 7, 2025, at 1:30 p.m.**

2. The deadline for Defendants to file oppositions to the Application, which is currently May 23, 2025, is extended to **June 13, 2025**.

3. The deadline for Plaintiff to file a reply in support of the Applications, which is currently May 29, 2025, is extended to **June 19, 2025**.

Dated:  May 27, 2025

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
MICHAEL R. FARRELL
MATTHEW D. PHAM

By:      /s/ Michael R. Farrell
MICHAEL R. FARRELL
Attorneys for Plaintiff
AMERICAN EQUITY
INVESTMENT LIFE INSURANCE
COMPANY

Dated:  May 27, 2025

LEVENE, NEALE, BENDER, YOO &
  GOLUBCHIK LLP
BETH ANN R. YOUNG
RICHARD P. STEELMAN

By:      /s/ Beth Ann R. Young
BETH ANN R. YOUNG
Attorneys for Defendants
FARID ASSEMI, FARSHID
ASSEMI, and SONIA ASSEMI

| | |
|---|---|
| 1 | |
| 2 | Dated:  May 27, 2025 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

Dated:  May 27, 2025         MOJDEHI GALVIN REGO LLP
                             ALI M. MOJDEHI
                             ALLISON M. REGO

                             By:      /s/ Ali M. Mojdehi
                                  ALI M. MOJDEHI
                                  Attorneys for Defendant
                                  DARIUS ASSEMI

# **ORDER**

The Court, having reviewed and considered the Parties' Stipulation Extending Deadline to Oppose and Continuing Hearing on Plaintiff's Applications for Right to Right To Attach Orders And Order for Issuance of Writs Of Attachment, finds GOOD CAUSE, approves the Stipulation, and hereby orders that:

1. The hearing on the Applications, which is currently set for June 16, 2025, at 1:30 p.m., is continued to **July 7, 2025, at 1:30 p.m.**;

2. The deadline for Defendants to file oppositions to the Application, which is currently May 23, 2025, is extended to **June 13, 2025**; and

3. The deadline for Plaintiff to file a reply in support of the Applications, which is currently May 29, 2025, is extended to **June 19, 2025**.

IT IS SO ORDERED.

Dated: May 27, 2025

UNITED STATES DISTRICT JUDGE