MICHAEL R. FARRELL (BAR NO. 173831)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
 MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail: mfarrell@allenmatkins.com
         mpham@allenmatkins.com

Attorneys for Plaintiff
AMERICAN EQUITY INVESTMENT LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>       vs.<br><br>MARICOPA ORCHARDS, LLC; 104 INVESTMENTS, LLC; ACAP FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; COPPER AVENUE INVESTMENTS, LLC; FFGT FARMS, LLC; GRADON FARMS, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; LOCANS INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; DARIUS ASSEMI; FARID ASSEMI; FARSHID ASSEMI; and SONIA ASSEMI,<br><br>              Defendants. | Case No. 1:24-cv-01406-KES-SAB<br><br>**SECOND STIPULATION AND ORDER EXTENDING DEADLINE TO OPPOSE AND CONTINUING HEARING ON PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT** |

/ / /

/ / /

/ / /

/ / /

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:**

This stipulation (this "<u>Stipulation</u>") is entered into by and between the following parties, through their respective counsel: (a) plaintiff American Equity Investment Life Insurance Company ("<u>Plaintiff</u>") and (b) defendants Farid Assemi, Farshid Assemi, Darius Assemi, and Sonia Assemi (collectively, "<u>Defendants</u>," and together, with Plaintiff, the "<u>Parties</u>").  This Stipulation is based on the following recitals:

**<u>Recitals</u>**

1. On November 15, 2024, Plaintiff commenced the above-captioned civil action, currently pending before this Court.  On January 19, 2025, Plaintiff filed its first amended complaint in this action, asserting, among other things, claims for relief against Defendants.

2. On April 28, 2025, Plaintiff filed four applications for a right to attach order and an order for the issuance of a writ of attachment (the "<u>Applications</u>"), with each Application filed against one of the four Defendants.  *See* ECF Nos. 36–39.  The hearing on the Applications was originally set for June 2, 2025, at 1:30 p.m.

3. On May 9, 2025, the Parties filed a stipulation for an order confirming the briefing schedule with respect to the Applications (the "<u>Briefing Schedule Stipulation</u>"), which requested confirmation that Defendants' oppositions to the Applications were due no later than May 23, 2025, and that Plaintiff's reply in support of the Applications was due no later than May 29, 2025.  *See* ECF No. 42.

4. On May 13, 2025, the Court entered an order approving the Briefing Schedule Stipulation, which confirmed the Parties' requested briefing schedule with respect to the Applications but also continued the hearing on the Applications to June 16, 2025, at 1:30 p.m.  *See* ECF Nos. 43, 44.

5. On May 27, 2025, the Parties filed a stipulation for an order extending the briefing deadlines and continuing the hearing on the Applications (the "<u>Extension Stipulation</u>").  *See* ECF No. 45.

1 | 6. On May 28, 2025, the Court entered an order approving the Extension Stipulation, which continued the hearing on the Applications to July 7, 2025, and extended the deadline for Defendants to file their oppositions to June 13, 2025, and the deadline for Plaintiff to file its reply to June 19, 2025.  See ECF No. 46.

7. Plaintiff and Defendants, along with the other defendants in this action, are presently continuing to discuss a potential resolution of the Applications.  In order to give the parties additional time to exhaust those discussions and avoid the Parties having to incur further expense in litigating the Applications while productive discussions are continuing, the Parties request that the opposition and reply deadlines relating to the Applications be extended and the hearing on the Applications be continued for four additional weeks.

### **Stipulation**

In consideration of the foregoing and subject to the approval of the Court, the Parties, by and through their respective counsel, agree and stipulate as follows:

1. The hearing on the Applications, which is currently set for July 7, 2025, at 1:30 p.m., is continued to **August 4, 2025, at 1:30 p.m.**

2. The deadline for Defendants to file oppositions to the Application, which was June 13, 2025, is extended to **July 11, 2025**.

3. The deadline for Plaintiff to file a reply in support of the Applications, which was June 19, 2025, is extended to **July 17, 2025**.

Dated:  July 2, 2025

ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
MICHAEL R. FARRELL
MATTHEW D. PHAM

By:    */s/ Michael R. Farrell*
   MICHAEL R. FARRELL
   Attorneys for Plaintiff
   AMERICAN EQUITY
   INVESTMENT LIFE INSURANCE
   COMPANY

| | |
|---|---|
| Dated:  July 2, 2025 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP<br>BETH ANN R. YOUNG<br>RICHARD P. STEELMAN<br><br>By:   */s/ Beth Ann R. Young*<br>     BETH ANN R. YOUNG<br>     Attorneys for Defendants<br>     FARID ASSEMI, FARSHID ASSEMI, and SONIA ASSEMI |
| Dated:  July 2, 2025 | MOJDEHI GALVIN REGO LLP<br>ALI M. MOJDEHI<br>ALLISON M. REGO<br><br>By:   */s/ Ali M. Mojdehi*<br>     ALI M. MOJDEHI<br>     Attorneys for Defendant<br>     DARIUS ASSEMI |

## **<u>ORDER</u>**

The Court, having reviewed and considered the parties' Second Stipulation and [Proposed] Order Extending Deadline to Oppose and Continuing Hearing on Plaintiff's Applications for Right to Attach Order and Order for Issuance of Writ of Attachment, Doc. 48, finds good cause, approves the stipulation, and hereby orders that:

1.  The hearing on the Applications, which is currently set for July 7, 2025, at 1:30 p.m., is continued to **August 4, 2025, at 1:30 p.m.** in Courtroom 6;

2.  The deadline for Defendants to file oppositions to the Application, which was June 13, 2025, is extended to **July 11, 2025**; and

3.  The deadline for Plaintiff to file a reply in support of the Applications, which was June 19, 2025, is extended to **July 17, 2025**.

IT IS SO ORDERED.

Dated:  July 2, 2025

_____
UNITED STATES DISTRICT JUDGE