MICHAEL R. FARRELL (BAR NO. 173831)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  mfarrell@allenmatkins.com
             mpham@allenmatkins.com

Attorneys for Plaintiff
AMERICAN EQUITY INVESTMENT LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      vs.<br><br>MARICOPA ORCHARDS, LLC; 104 INVESTMENTS, LLC; ACAP FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; COPPER AVENUE INVESTMENTS, LLC; FFGT FARMS, LLC; GRADON FARMS, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; LOCANS INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; DARIUS ASSEMI; FARID ASSEMI; FARSHID ASSEMI; and SONIA ASSEMI,<br><br>            Defendants. | Case No. 1:24-cv-01406-KES-SAB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF PLAINTIFF'S APPLICATIONS FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT** |

/ / /

/ / /

/ / /

/ / /

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL:**

This stipulation (this "Stipulation") is entered into by and between the following parties, through their respective counsel: (a) plaintiff American Equity Investment Life Insurance Company ("Plaintiff") and (b) defendants Farid Assemi, Farshid Assemi, Darius Assemi, and Sonia Assemi (collectively, "Defendants," and together, with Plaintiff, the "Parties").  This Stipulation is based on the following recitals:

**Recitals**

1. On November 15, 2024, Plaintiff commenced the above-captioned civil action, currently pending before this Court.  On January 19, 2025, Plaintiff filed its first amended complaint in this action, asserting, among other things, claims for relief against Defendants.

2. On April 28, 2025, Plaintiff filed four applications for a right to attach order and an order for the issuance of a writ of attachment (the "Applications"), with each Application filed against one of the four Defendants.  *See* ECF Nos. 36–39.

3. By multiple orders of the Court, the hearing on the Applications has been continued a number of times and is currently set for August 4, 2025, at 1:30 p.m.

4. Plaintiff and Defendants, along with the other defendants in this action, have now entered into a settlement agreement, which, among other things, provides for Plaintiff to withdraw the Applications in this action.  Accordingly, the Parties enter into this stipulation to effectuate Plaintiff's withdrawal of the Applications and request that the Court take the hearing on the Applications off calendar.

**Stipulation**

In consideration of the foregoing and subject to the approval of the Court, the Parties, by and through their respective counsel, agree and stipulate as follows:

1. The Applications are deemed withdrawn by Plaintiff.

2. The Parties request that the Court take the hearing on the Applications off calendar.

Dated:  July 24, 2025July 24, 2025    ALLEN MATKINS LECK GAMBLE
                                     MALLORY & NATSIS LLP
                                     MICHAEL R. FARRELL
                                     MATTHEW D. PHAM

                                     By:      */s/ Matthew D. Pham*
                                         MATTHEW D. PHAM
                                         Attorneys for Plaintiff
                                         AMERICAN EQUITY
                                         INVESTMENT LIFE INSURANCE
                                         COMPANY

Dated:  July 24, 2025July 24, 2025    LEVENE, NEALE, BENDER, YOO &
                                     GOLUBCHIK LLP
                                     BETH ANN R. YOUNG
                                     RICHARD P. STEELMAN

                                     By:      */s/ Beth Ann R. Young*
                                         BETH ANN R. YOUNG
                                         Attorneys for Defendants
                                         FARID ASSEMI, FARSHID
                                         ASSEMI, and SONIA ASSEMI

Dated:  July 24, 2025                 MOJDEHI GALVIN REGO LLP
                                     ALI M. MOJDEHI
                                     ALLISON M. REGO

                                     By:      */s/ Ali M. Mojdehi*
                                         ALI M. MOJDEHI
                                         Attorneys for Defendant
                                         DARIUS ASSEMI

## [PROPOSED] ORDER

The Court, having reviewed and considered the Parties' *Stipulation and [Proposed] Order Regarding Withdrawal of Plaintiff's Applications for Right to Attach Order and Order for Issuance of Writ of Attachment*, finds GOOD CAUSE, approves the Stipulation, and hereby orders that:

1. Plaintiff's Applications, ECF Nos. 36, 37, 38 & 39, are deemed withdrawn; and

2. The hearing on the Applications, which is currently set for August 4, 2025, at 1:30 p.m., shall be taken off calendar.

IT IS SO ORDERED.

Date: _____    _____
HON. KIRK E. SHERRIFF,
UNITED STATES DISTRICT JUDGE