# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARICOPA ORCHARDS, LLC, et al.,<br><br>Defendants. | Case No.  1:24-cv-01406-KES-SAB<br><br>ORDER GRANTING CERTAIN DEFENDANTS' SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 52) |

Defendants 104 Investments, LLC, ACAP Farms, LLC, C&A Farms, LLC, Cantua Orchards, LLC, Copper Avenue Investments, LLC, FFGT Farms, LLC, Gradon Farms, LLC, Grantor Real Estate Investments, LLC, Lincoln Grantor Farms, LLC, Locans Investments, LLC, Maricopa Orchards, LLC, and Willow Avenue Investments, LLC (collectively, "Defendants") filed a substitution of attorney form substituting attorney Riley C. Walter of Wanger Jones Helsey PC in place of attorney Jane Kim of Keller Benvenutti Kim LLP.  (ECF No. 52.) Accordingly, Riley C. Walter is substituted as attorney of record for the Defendants named herein.  The Clerk of the Court is directed to terminate attorney Jane Kim as counsel of record.

IT IS SO ORDERED.

Dated:  **August 22, 2025**

STANLEY A. BOONE
United States Magistrate Judge