MICHAEL R. FARRELL (BAR NO. 173831)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  mfarrell@allenmatkins.com
             mpham@allenmatkins.com

Attorneys for Plaintiff
AMERICAN EQUITY INVESTMENT LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>MARICOPA ORCHARDS, LLC; 104 INVESTMENTS, LLC; ACAP FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; COPPER AVENUE INVESTMENTS, LLC; FFGT FARMS, LLC; GRADON FARMS, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; LOCANS INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; DARIUS ASSEMI; FARID ASSEMI; FARSHID ASSEMI; and SONIA ASSEMI,<br><br>            Defendants. | Case No. 1:24-cv-01406-KES-SAB<br><br>**JOINT STATUS REPORT**<br><br>Scheduling Conference:<br>Date:   October 28, 2025<br>Time:  9:30 a.m.<br>Place:  2500 Tulare Street<br>            Courtroom 9, 6th Floor<br>            Fresno, CA 93721 |

/ / /

/ / /

/ / /

/ / /

Plaintiff American Equity Investment Life Insurance Company ("<u>Plaintiff</u>") and defendants Maricopa Orchards, LLC; 104 Investments, LLC; ACAP Farms, LLC; C & A Farms, LLC; Cantua Orchards, LLC; Copper Avenue Investments, LLC; FFGT Farms, LLC; Gradon Farms, LLC; Grantor Real Estate Investments, LLC; Lincoln Grantor Farms, LLC; Locans Investments, LLC; Willow Avenue Investments, LLC; Darius Assemi; Farid Assemi; Farshid Assemi; and Sonia Assemi (collectively, "<u>Defendants</u>," and together, with Plaintiff, the "<u>Parties</u>") hereby submit the following joint status report in response to the *Court's Order Requiring Plaintiff to File Status Report Regarding Readiness for Scheduling Conference* (the "<u>Order</u>"), ECF No. 54.  The Parties represent as follows:

1. The Order states that "multiple defendants on the docket have not yet appeared (i.e., ACAP Farms, LLC; Cantua Orchards, LLC; Copper Avenue Investments, LLC; FFGT Farms, LLC; Locans Investments, LLC; Maricopa Orchards, LLC; and Willow Avenue Investments, LLC)."  However, the docket, for reasons unknown, has erroneously listed these seven Defendants twice as defendants, and it is their second, duplicative entries on the docket that reflect the nonappearance.

2. All sixteen Defendants have been served and have answered Plaintiff's operative complaint.  Defendants Farid, Farshid, and Sonia Assemi jointly filed an answer on April 21, 2025.  *See* ECF No. 32.  The twelve entity Defendants jointly filed an answer on that date as well.  *See* ECF No. 34.  And Defendant Darius Assemi filed an answer on April 27, 2025.  *See* ECF No. 35.

3. The Parties request that the scheduling conference in this action be continued for at least another 120 days and that this action be otherwise stayed until that continued date.  In July 2025, the Parties entered into a settlement agreement.  Relevant here, the settlement agreement provides Defendants until December 31, 2025, to make or be credited for agreed-upon payments thereunder.  The Parties are making this request for a continuance of the scheduling conference and a stay in this

action in order to give Defendants the agreed-upon time and opportunity to perform under the settlement agreement.

Dated:  October 10, 2025

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
MICHAEL R. FARRELL
MATTHEW D. PHAM

By:   */s/ Matthew D. Pham*
　　MATTHEW D. PHAM
　　Attorneys for Plaintiff
　　AMERICAN EQUITY
　　INVESTMENT LIFE INSURANCE
　　COMPANY

Dated:  October 10, 2025

LEVENE, NEALE, BENDER, YOO &
   GOLUBCHIK LLP
BETH ANN R. YOUNG
RICHARD P. STEELMAN

By:   */s/ Beth Ann R. Young*
　　BETH ANN R. YOUNG
　　Attorneys for Defendants
　　FARID ASSEMI, FARSHID
　　ASSEMI, and SONIA ASSEMI

Dated:  October 10, 2025

MOJDEHI GALVIN REGO LLP
ALI M. MOJDEHI
ALLISON M. REGO

By:   */s/ Ali M. Mojdehi*
　　ALI M. MOJDEHI
　　Attorneys for Defendant
　　DARIUS ASSEMI

| | | |
|---|---|---|
| 1 | Dated:  October 10, 2025 | WANGER JONES HELSLEY PC |
| 2 | | RILEY C. WALTER |
| | | IAN J. QUINN |

By:  */s/ Ian J. Quinn*
    IAN J. QUINN
    Attorneys for Defendants
    MARICOPA ORCHARDS, LLC;
    104 INVESTMENTS, LLC; ACAP
    FARMS, LLC; C & A FARMS, LLC;
    CANTUA ORCHARDS, LLC;
    COPPER AVENUE INVESTMENTS,
    LLC; FFGT FARMS, LLC;
    GRADON FARMS, LLC;
    GRANTOR REAL ESTATE
    INVESTMENTS, LLC; LINCOLN
    GRANTOR FARMS, LLC; LOCANS
    INVESTMENTS, LLC; and
    WILLOW AVENUE
    INVESTMENTS, LLC