# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARICOPA ORCHARDS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01406-KES-SAB<br><br>ORDER REQUIRING PARTIES TO FILE STATUS REPORT REGARDING READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: FEBRUARY 27, 2026** |

    A scheduling conference in this matter is set for March 3, 2026. A joint scheduling report was therefore due on February 24, 2026. However, the Court observes that on October 10, 2025, the parties requested to move the scheduling conference to March 3, 2026, in light of a pending settlement. (ECF No. 55.) The Court now ORDERS the parties to file a status report by **February 27, 2026**, regarding their readiness for the initial scheduling conference and whether they wish to continue the conference. Should the parties wish to proceed with the scheduling conference, they shall file a joint scheduling report by that same date.

IT IS SO ORDERED.

Dated:  **February 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge