MICHAEL R. FARRELL (BAR NO. 173831)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: mfarrell@allenmatkins.com
        mpham@allenmatkins.com

Attorneys for Plaintiff
AMERICAN EQUITY INVESTMENT LIFE
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARICOPA ORCHARDS, LLC; 104 INVESTMENTS, LLC; ACAP FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; COPPER AVENUE INVESTMENTS, LLC; FFGT FARMS, LLC; GRADON FARMS, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; LOCANS INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; DARIUS ASSEMI; FARID ASSEMI; FARSHID ASSEMI; and SONIA ASSEMI,<br><br>Defendants. | Case No. 1:24-cv-01406-KES-SAB<br><br>**JOINT STATUS REPORT**<br><br>Scheduling Conference:<br><br>Date: March 3, 2026<br>Time: 1:30 p.m.<br>Place: 2500 Tulare Street<br>       Courtroom 9, 6th Floor<br>       Fresno, CA 93721 |

/ / /

/ / /

/ / /

/ / /

1 | Plaintiff American Equity Investment Life Insurance Company ("Plaintiff")
2 | and defendants Maricopa Orchards, LLC; 104 Investments, LLC; ACAP Farms,
3 | LLC; C & A Farms, LLC; Cantua Orchards, LLC; Copper Avenue Investments,
4 | LLC; FFGT Farms, LLC; Gradon Farms, LLC; Grantor Real Estate Investments,
5 | LLC; Lincoln Grantor Farms, LLC; Locans Investments, LLC; Willow Avenue
6 | Investments, LLC; Darius Assemi; Farid Assemi; Farshid Assemi; and Sonia
7 | Assemi (collectively, "Defendants," and together, with Plaintiff, the "Parties")
8 | hereby submit the following joint status report in response to the Court's *Order*
9 | *Requiring Parties to File Status Report Regarding Readiness for Scheduling*
10 | *Conference* (the "Order"), ECF No. 57.  The Parties represent as follows:

1. In July 2025, the Parties entered into a settlement agreement.  The Parties are presently finalizing an amendment to the settlement agreement.

2. The Parties request that the scheduling conference in this action be continued to April 7, 2026, at 1:30 p.m.  The Parties are making this request for a continuance of the scheduling conference in order to give the Parties additional time to finalize and execute an amendment to the settlement agreement.  If an amendment is not fully executed, the Parties will proceed with the scheduling conference on the continued date, and if an amendment is fully executed, the Parties will request a further continuance of the scheduling conference.

Dated:  February 27, 2026

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
MICHAEL R. FARRELL
MATTHEW D. PHAM

By:      */s/ Matthew D. Pham*
MATTHEW D. PHAM
Attorneys for Plaintiff
AMERICAN EQUITY
INVESTMENT LIFE INSURANCE
COMPANY

| | | |
|---|---|---|
| 1 | Dated:  February 27, 2026 | LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP |
| 2 | | BETH ANN R. YOUNG |
| | | RICHARD P. STEELMAN |

By: _____*/s/ Beth Ann R. Young*_____
    BETH ANN R. YOUNG
    Attorneys for Defendants
    FARID ASSEMI, FARSHID ASSEMI, and SONIA ASSEMI

Dated:  February 27, 2026    MOJDEHI GALVIN REGO LLP
    ALI M. MOJDEHI
    ALLISON M. REGO

By: _____*/s/ Allison M. Rego*_____
    ALLISON M. REGO
    Attorneys for Defendant
    DARIUS ASSEMI

Dated:  February 27, 2026    WANGER JONES HELSLEY PC
    RILEY C. WALTER
    IAN J. QUINN

By: _____*/s/ Ian J. Quinn*_____
    IAN J. QUINN
    Attorneys for Defendants
    MARICOPA ORCHARDS, LLC; 104 INVESTMENTS, LLC; ACAP FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; COPPER AVENUE INVESTMENTS, LLC; FFGT FARMS, LLC; GRADON FARMS, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; LOCANS INVESTMENTS, LLC; and WILLOW AVENUE INVESTMENTS, LLC