# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARICOPA ORCHARDS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01406-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 58) |

On February 25, 2026, the Court directed the parties to file a joint status report regarding whether they were prepared to hold the initial scheduling conference in this matter. (ECF No. 57.) The parties timely complied and now request that the Court continue the initial scheduling conference. For good cause shown, the Court approves the request and HEREBY ORDERS that the initial scheduling conference is CONTINUED to April 23, 2026, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**February 27, 2026**__

STANLEY A. BOONE
United States Magistrate Judge