MICHAEL R. FARRELL (BAR NO. 173831)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  mfarrell@allenmatkins.com
         mpham@allenmatkins.com

Attorneys for Plaintiff
AMERICAN EQUITY INVESTMENT LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARICOPA ORCHARDS, LLC; 104 INVESTMENTS, LLC; ACAP FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; COPPER AVENUE INVESTMENTS, LLC; FFGT FARMS, LLC; GRADON FARMS, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; LOCANS INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; DARIUS ASSEMI; FARID ASSEMI; FARSHID ASSEMI; and SONIA ASSEMI,<br><br>Defendants. | Case No. 1:24-cv-01406-KES-SAB<br><br>**JOINT STATUS REPORT**<br><br>Scheduling Conference:<br>Date:  April 23, 2026<br>Time:  10:00 a.m.<br>Place: 2500 Tulare Street<br>        Courtroom 9, 6th Floor<br>        Fresno, CA 93721 |

/ / /

/ / /

/ / /

/ / /

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4925-2391-1586.1

Plaintiff American Equity Investment Life Insurance Company ("Plaintiff") and defendants Maricopa Orchards, LLC; 104 Investments, LLC; ACAP Farms, LLC; C & A Farms, LLC; Cantua Orchards, LLC; Copper Avenue Investments, LLC; FFGT Farms, LLC; Gradon Farms, LLC; Grantor Real Estate Investments, LLC; Lincoln Grantor Farms, LLC; Locans Investments, LLC; Willow Avenue Investments, LLC; Darius Assemi; Farid Assemi; Farshid Assemi; and Sonia Assemi (collectively, "Defendants," and together, with Plaintiff, the "Parties") hereby submit the following joint status report in advance of the initial scheduling conference currently scheduled for April 23, 2026:

1.     In July 2025, the Parties entered into a settlement agreement.  In February 2026, the Parties entered into a first amendment to the settlement agreement.  The Parties are presently finalizing a second amendment to the settlement agreement.

2.     The Parties respectfully request that the scheduling conference in this action be continued to June 4, 2026, at 1:30 p.m.  The Parties are making this request for a continuance of the scheduling conference in order to give the Parties additional time to finalize and execute the second amendment to the settlement agreement.  If an amendment is not fully executed, the Parties will proceed with the scheduling conference on the continued date, and if an amendment is fully executed, the Parties will request a further continuance of the scheduling conference.

Dated:  April 16, 2026

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
MICHAEL R. FARRELL
MATTHEW D. PHAM

By:      */s/ Matthew D. Pham*
MATTHEW D. PHAM
Attorneys for Plaintiff
AMERICAN EQUITY
INVESTMENT LIFE INSURANCE
COMPANY

Dated:  April 16, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP
BETH ANN R. YOUNG
RICHARD P. STEELMAN

By:        */s/ Beth Ann R. Young*
BETH ANN R. YOUNG
Attorneys for Defendants
FARID ASSEMI, FARSHID ASSEMI, and SONIA ASSEMI

Dated:  April 16, 2026

MOJDEHI GALVIN REGO LLP
ALI M. MOJDEHI
ALLISON M. REGO

By:        */s/ Allison M. Rego*
ALLISON M. REGO
Attorneys for Defendant
DARIUS ASSEMI

Dated:  April 16, 2026

WANGER JONES HELSLEY PC
RILEY C. WALTER
IAN J. QUINN

By:        */s/ Ian J. Quinn*
IAN J. QUINN
Attorneys for Defendants
MARICOPA ORCHARDS, LLC; 104 INVESTMENTS, LLC; ACAP FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; COPPER AVENUE INVESTMENTS, LLC; FFGT FARMS, LLC; GRADON FARMS, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; LOCANS INVESTMENTS, LLC; and WILLOW AVENUE INVESTMENTS, LLC

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4925-2391-1586.1

-3-