# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> MARICOPA ORCHARDS, LLC, et al., <br><br> Defendants. | Case No. 1:24-cv-01406-KES-SAB <br><br> ORDER CONTINUING INITIAL SCHEDULING CONFERENCE <br><br> (ECF No. 60) |

On April 16, 2026, the parties filed a joint status report regarding whether they were prepared to hold the initial scheduling conference in this matter. (ECF No. 60.) The parties have stated that they are in the process of finalizing and executing a settlement agreement and request that the Court continue the initial scheduling conference. For good cause shown, the Court approves the request and HEREBY ORDERS that the initial scheduling conference is CONTINUED to June 2, 2026, at 3:00 p.m.

IT IS SO ORDERED.

Dated:   **April 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge