MICHAEL R. FARRELL (BAR NO. 173831)
MATTHEW D. PHAM (BAR NO. 287704)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone:  (213) 622-5555
Fax:  (213) 620-8816
E-Mail:  mfarrell@allenmatkins.com
        mpham@allenmatkins.com

Attorneys for Plaintiff
AMERICAN EQUITY INVESTMENT LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARICOPA ORCHARDS, LLC; 104 INVESTMENTS, LLC; ACAP FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; COPPER AVENUE INVESTMENTS, LLC; FFGT FARMS, LLC; GRADON FARMS, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; LOCANS INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; DARIUS ASSEMI; FARID ASSEMI; FARSHID ASSEMI; and SONIA ASSEMI,<br><br>Defendants. | Case No. 1:24-cv-01406-KES-SAB<br><br>**JOINT STATUS REPORT**<br><br>Scheduling Conference:<br>Date:  June 2, 2026<br>Time:  3:00 p.m.<br>Place:  2500 Tulare Street<br>          Courtroom 9, 6th Floor<br>          Fresno, CA 93721 |

/ / /

/ / /

/ / /

/ / /

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4913-8792-1327.1

Plaintiff American Equity Investment Life Insurance Company ("Plaintiff") and defendants Maricopa Orchards, LLC; 104 Investments, LLC; ACAP Farms, LLC; C & A Farms, LLC; Cantua Orchards, LLC; Copper Avenue Investments, LLC; FFGT Farms, LLC; Gradon Farms, LLC; Grantor Real Estate Investments, LLC; Lincoln Grantor Farms, LLC; Locans Investments, LLC; Willow Avenue Investments, LLC; Darius Assemi; Farid Assemi; Farshid Assemi; and Sonia Assemi (collectively, "Defendants," and together, with Plaintiff, the "Parties") hereby submit the following joint status report in advance of the initial scheduling conference currently scheduled for June 2, 2026:

1.     In July 2025, the Parties entered into a settlement agreement.  In February 2026, the Parties entered into a first amendment to the settlement agreement.  The Parties have finalized and are in the process of executing a second amendment to the settlement agreement.

2.     The Parties respectfully request that the scheduling conference in this action be continued to November 10, 2026, or a date shortly thereafter.  The Parties are making this request for a continuance of the scheduling conference as the second amendment to the settlement agreement calls for certain obligations to be performed by the Defendants by October 31, 2026.  Whatever date the Court sets for the continued scheduling conference, the Parties intend to file a further joint status report ahead thereof to address whether the obligations under the second amendment to the settlement agreement have been performed and, as a result, whether this action will need to continue.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated:  May 26, 2026

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
MICHAEL R. FARRELL
MATTHEW D. PHAM


By:      */s/ Matthew D. Pham*
MATTHEW D. PHAM
Attorneys for Plaintiff
AMERICAN EQUITY
INVESTMENT LIFE INSURANCE
COMPANY


Dated:  May 26, 2026

LEVENE, NEALE, BENDER, YOO &
  GOLUBCHIK LLP
BETH ANN R. YOUNG
RICHARD P. STEELMAN


By:      */s/ Beth Ann R. Young*
BETH ANN R. YOUNG
Attorneys for Defendants
FARID ASSEMI, FARSHID
ASSEMI, and SONIA ASSEMI


Dated:  May 26, 2026

MOJDEHI GALVIN REGO LLP
ALI M. MOJDEHI
ALLISON M. REGO


By:      */s/ Allison M. Rego*
ALLISON M. REGO
Attorneys for Defendant
DARIUS ASSEMI

Dated:  May 26, 2026

WANGER JONES HELSLEY PC
RILEY C. WALTER
IAN J. QUINN

By:        */s/ Ian J. Quinn*

IAN J. QUINN
Attorneys for Defendants
MARICOPA ORCHARDS, LLC;
104 INVESTMENTS, LLC; ACAP
FARMS, LLC; C & A FARMS, LLC;
CANTUA ORCHARDS, LLC;
COPPER AVENUE INVESTMENTS,
LLC; FFGT FARMS, LLC;
GRADON FARMS, LLC;
GRANTOR REAL ESTATE
INVESTMENTS, LLC; LINCOLN
GRANTOR FARMS, LLC; LOCANS
INVESTMENTS, LLC; and
WILLOW AVENUE
INVESTMENTS, LLC

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4913-8792-1327.1

-4-