# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARICOPA ORCHARDS, LLC, et al.,<br><br>Defendants. | Case No.  1:24-cv-01406-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 62) |

On May 26, 2026, the parties filed a joint status report regarding whether they were prepared to hold the initial scheduling conference in this matter.  (ECF No. 62.)  The parties have stated that they are in the process of executing a second amendment to the settlement agreement and request that the Court continue the scheduling conference.  (Id.)  For good cause shown, the Court approves the request and HEREBY ORDERS that the initial scheduling conference is CONTINUED to November 10, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **May 27, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge