ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
MICHAEL R. FARRELL (BAR NO. 173831)
MATTHEW D. PHAM (BAR NO. 287704)
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
Email: mfarrell@allenmatkins.com
mpham@allenmatkins.com

Attorneys for Plaintiff
AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,

Plaintiff,

v.

MARICOPA ORCHARDS, LLC; 104 INVESTMENTS, LLC; ACAP FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; COPPER AVENUE INVESTMENTS, LLC; FFGT FARMS, LLC; GRADON FARMS, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; LOCANS INVESTMENTS, LLC; WILLOW AVENUE INVESTMENTS, LLC; DARIUS ASSEMI; FARID ASSEMI; FARSHID ASSEMI; and SONIA ASSEMI,

Defendants.

Case No. 1:24-cv-01406-KES-SAB

**JOINT STATUS REPORT**

Scheduling Conference:
Date: November 10, 2026
Time: 9:30 a.m.
Place: 2500 Tulare Street
Courtroom 9, 6th Floor
Fresno, CA 93721

/ / /

/ / /

/ / /

/ / /

Plaintiff American Equity Investment Life Insurance Company ("Plaintiff") and defendants Maricopa Orchards, LLC; 104 Investments, LLC; ACAP Farms, LLC; C & A Farms, LLC; Cantua Orchards, LLC; Copper Avenue Investments, LLC; FFGT Farms, LLC; Gradon Farms, LLC; Grantor Real Estate Investments, LLC; Lincoln Grantor Farms, LLC; Locans Investments, LLC; Willow Avenue Investments, LLC; Darius Assemi; Farid Assemi; Farshid Assemi; and Sonia Assemi (collectively, "Defendants," and together, with Plaintiff, the "Parties") hereby submit the following joint status report in advance of the initial scheduling conference currently scheduled for November 10, 2026:

1. On or about July 2, 2025, the Parties entered into a settlement agreement (the "Original Settlement Agreement"). On or about February 26, 2026, the Parties entered into a first amendment to the settlement agreement (the "First Amendment"). And on or about May 27, 2026, the Parties entered into a second amendment to the settlement agreement (the "Second Amendment") (the Original Settlement Agreement, as amended by the First Amendment and Second Amendment, the "Settlement Agreement").

2. The Parties respectfully request that the scheduling conference in this action be continued to February 23, 2027, or a date shortly thereafter. The Parties are making this request for a continuance of the scheduling conference as the Settlement Agreement calls for certain obligations to be performed by certain Defendants by certain deadlines, the last of which is December 31, 2026. Whatever date the Court sets for the continued scheduling conference, the Parties intend to file a further joint status report ahead thereof to address whether the obligations under the Settlement Agreement have been performed and, as a result, whether this action will need to continue.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: November 3, 2026

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
MICHAEL R. FARRELL
MATTHEW D. PHAM

By: *___/s/ Matthew D. Pham___*
MATTHEW D. PHAM
Attorneys for Plaintiff
AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY

Dated: November 3, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP
BETH ANN R. YOUNG
RICHARD P. STEELMAN

By: *___/s/ Richard P. Steelman___*
RICHARD P. STEELMAN
Attorneys for Defendants
FARID ASSEMI, FARSHID ASSEMI, and SONIA ASSEMI

Dated: November 3, 2026

MOJDEHI GALVIN REGO LLP
ALI M. MOJDEHI
ALLISON M. REGO

By: *___/s/ Ali M. Mojdehi___*
ALI M. MOJDEHI
Attorneys for Defendant
DARIUS ASSEMI

Dated: November 3, 2026

WANGER JONES HELSLEY PC
RILEY C. WALTER
IAN J. QUINN

By: *___/s/ Ian J. Quinn___*
IAN J. QUINN
Attorneys for Defendants
MARICOPA ORCHARDS, LLC; 104 INVESTMENTS, LLC; ACAP FARMS, LLC; C & A FARMS, LLC; CANTUA ORCHARDS, LLC; COPPER AVENUE INVESTMENTS, LLC; FFGT FARMS, LLC; GRADON FARMS, LLC; GRANTOR REAL ESTATE INVESTMENTS, LLC; LINCOLN GRANTOR FARMS, LLC; LOCANS INVESTMENTS, LLC; and WILLOW AVENUE INVESTMENTS, LLC