# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EQUITY INVESTMENT LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARICOPA ORCHARDS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01406-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 64) |

On November 3, 2026, the parties filed a joint status report regarding whether they were prepared to hold the initial scheduling conference in this matter. (ECF No. 64.) The parties have stated that the settlement agreement calls for certain obligations to be performed by certain Defendants and the last deadline of which is at the end of December. (Id.) For good cause shown, the Court approves the request and HEREBY ORDERS that the initial scheduling conference is CONTINUED to **March 4, 2027, at 11:00 a.m**. The parties shall file a joint scheduling report one week prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **November 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge